IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | | | |
|---|---|---|---|---|
| J.H.E.L., *et al.*, | * | CASE NOS. | | |
| | | 4:25-cv-402 | 4:25-cv-435 | 4:25-cv-455 |
| Petitioners, | * | 4:25-cv-404 | 4:25-cv-436 | 4:25-cv-458 |
| | | 4:25-cv-405 | 4:25-cv-437 | 4:25-cv-459 |
| vs. | * | 4:25-cv-406 | 4:25-cv-439 | 4:25-cv-460 |
| | | 4:25-cv-407 | 4:25-cv-440 | 4:25-cv-461 |
| WARDEN, STEWART | * | 4:25-cv-408 | 4:25-cv-441 | 4:25-cv-465 |
| DETENTION CENTER, *et* | | 4:25-cv-409 | 4:25-cv-443 | 4:25-cv-467 |
| *al.*, | * | 4:25-cv-411 | 4:25-cv-445 | 4:25-cv-468 |
| | | 4:25-cv-421 | 4:25-cv-446 | 4:25-cv-469 |
| RESPONDENTS. | * | 4:25-cv-422 | 4:25-cv-448 | 4:25-cv-472 |
| | | 4:25-cv-426 | 4:25-cv-449 | 4:25-cv-473 |
| | * | 4:25-cv-429 | 4:25-cv-450 | 4:25-cv-475 |
| | | 4:25-cv-430 | 4:25-cv-451 | 4:25-cv-505 |
| | * | 4:25-cv-431 | 4:25-cv-452 | 4:25-cv-506 |
| | | 4:25-cv-433 | 4:25-cv-453 | |
| | * | | | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioners to the extent that the Court orders Respondents to provide each petitioner with a bond hearing to determine if they may be released on bond under § 1226(a)(2) and the applicable regulations in the cases referenced in the caption of this Order.

This 2nd day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk